INDEMNITY INSURANCE CO. v. John MERCURIO.

No. 5336.

Circuit Court of Appeals, Seventh Circuit.
April 21, 1936.

1012

Wendell H. Shanner and Robert B. Shanner, both of Chicago, Ill., for appellant.

C. Helmer Johnson and Nicholas J. Mascha, both of Chicago, Ill., for appellee.

EVANS, Circuit Judge.

On consideration whereof it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed without costs, pursuant to the foregoing stipulation.